RECEIVED
IN MONROE, LA

 OCT 3 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **IRA JEROME WILLIAMS** | * | **DOCKET NO. 07-2124** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision be **REVERSED** and **REMANDED** for further proceedings in accordance therewith.

MONROE, LOUISIANA, this _31_ day of _October_____, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE