U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 2 3 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| IRA JEROME WILLIAMS | CIVIL ACTION NO. 07-2124 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 16] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 11] is GRANTED, and the Commissioner of the Social Security Administration is ORDERED to pay to Plaintiff's attorney(s) attorney's fees in the amount of $4,537.50 (2.1 hours at $125.00 per hour, plus 28.5 hours at $150.00 per hour) plus expenses and costs of $546.45, for a total fee and cost award of $5,083.95.

MONROE, LOUISIANA, this 23 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE